**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00908-CV**

**HARRIET NICHOLSON, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12504**

**ORDER**

Before the Court is appellant's January 10, 2023 third motion for extension of time to file her brief. We **GRANT** the motion **only to the extent** that we extend the time to **February 1, 2023**. We caution appellant that no further extension will be granted and failure to file a brief on or before February 1, 2023, will result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/   KEN MOLBERG
JUSTICE